# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARYNA STEIN, | 2:11-cv-01353-GMN-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | [Motion to Extend Discovery #15] |
| MARSHALLS OF MA, INC., | |
| Defendant. | |

Before the Court is Plaintiff Maryna Stein's Motion to Extend Discovery filed on October 2, 2012. (#15).

Plaintiff is requesting an extension of discovery deadlines. Plaintiff claims that the parties had agreed to an extension and signed a stipulation to extend the deadlines. Due to clerical error, the stipulation was not filed. *Id.* After learning of the clerical error, Plaintiff's counsel tried to communicate with Defendant's counsel, Michael Lowry, to extend the discovery deadlines and Mr. Lowry was unwilling to stipulate to the extension. *Id.* Discovery ended on October 4, 2012.

IT IS HEREBY ORDERED that the opposition to Plaintiff Maryna Stein's Motion to Extend Discovery (#15) is due on or before Thursday, October 11, 2012.

IT IS FURTHER ORDERED that a hearing on Plaintiff Maryna Stein's Motion to Extend Discovery (#15) is scheduled for 10:00 a.m., Thursday, October 18, 2012 in Courtroom 3C. The hearing

…

…

1 will be vacated upon the filing of a stipulation proposing agreed extended discovery deadlines.

2     DATED this 5th day of October, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE