# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARYNA STEIN,<br><br>                  Plaintiff,<br><br>vs.<br><br>MARSHALLS OF MA, INC.,<br><br>                  Defendants. | 2:11-cv-01353-GMN-VCF<br><br>**MINUTE ORDER**<br><br>[Defendant's Motion to Excuse Personal Attendance from Mandatory Settlement Conference #58] |

Before the Court is Defendant's Motion to Excuse Personal Attendance from Mandatory Settlement Conference filed on January 2, 2013. (#58).

Defendant Marshalls of MA, Inc. is requesting the Court to excuse the attendance of its personal representative from the settlement conference as Zurich North America has complete settlement authority. *Id.* On January 10, 2013, Plaintiff filed a Non-Opposition to Defendant's Motion to Excuse Personal Attendance from Mandatory Settlement Conference. (#58).

The Court finds that Defendant Marshalls of MA, Inc. has given sufficient reason to excuse its personal representative from attending the settlement conference.

IT IS HEREBY ORDERED that Defendant's Motion to Excuse Personal Attendance from Mandatory Settlement Conference (#58) is GRANTED.

DATED this 11th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE